**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | § § § § § | |
| | § | CIVIL NO. 4:25-cv-3079 |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| BADRIYAH AWAD A ALASMARI, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## NOTICE OF ERRATA

Plaintiff United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") files this notice to correct a typographical error in the Declaration of Carlo Jimenez, ECF 2-1. In the Declaration at Paragraph 5, the declarant states that "As of June 30, 2024 . . . ." The 2024 date is a typographical error. Paragraph 5 of the Declaration should read "As of June 30, 2025."

Dated: July 2, 2025

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

*s/Jimmy A. Rodriguez*
JIMMY A. RODRIGUEZ
Attorney in Charge
Assistant United States Attorney
Texas Bar No. 24037378
Federal ID No. 572175
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9532
Fax: (713) 718-3303
Jimmy.Rodriguez2@usdoj.gov

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on July 2, 2025, the foregoing was filed and provided to ICE representatives to serve on Defendant.

*s/ Jimmy A. Rodriguez*
Jimmy A. Rodriguez
Assistant United States Attorney

2