# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

United States Department of Homeland
Security and Immigration and Customs
Enforcement

v.                                                          Case Number: 4:25−cv−03079

Badriyah Awad Alasmari

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Injunction Hearing set for 7/9/2025 at 10:00 AM before Judge Alfred H Bennett.

**PLACE**
Courtroom 9A
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: July 8, 2025

Nathan Ochsner, Clerk, Clerk
s/ 4 LisaREdwards, Deputy Clerk