# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | § § § § § | |
| | § | CIVIL NO. 4:25-cv-3079 |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| BADRIYAH AWAD A ALASMARI, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## NOTICE OF VOLUNTARY DISMISSAL

The government provides notice that, because the Defendant is voluntarily consuming nutrition, immediate injunctive relief is no longer required, and the above-captioned action is voluntarily dismissed against the Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: July 8, 2025

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

*s/Jimmy A. Rodriguez*
JIMMY A. RODRIGUEZ
Attorney in Charge
Assistant United States Attorney
Texas Bar No. 24037378
Federal ID No. 572175
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9532

Fax: (713) 718-3303
Jimmy.Rodriguez2@usdoj.gov


Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I certify that on July 8, 2025, the foregoing was filed and provided to ICE representatives to serve on Defendant.

s/ *Jimmy A. Rodriguez*
Jimmy A. Rodriguez
Assistant United States Attorney