UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY AND IMMIGRATION AND CUSTOMS ENFORCEMENT, | § § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:25-CV-03079 |
| BADRIYAH AWAD ALASMARI, | § § § | |
| Defendant. | § | |

### ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal filed on July 8, 2025. Doc. #7. In accordance with the Notice of Voluntary Dismissal and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action is hereby DISMISSED without prejudice.

It is so ORDERED.

JUL 0 8 2025
Date

The Honorable Alfred H. Bennett
United States District Judge